No. 986. EDWARD C. TWIST, ALBERT T. TWIST, AND
JESSIE L. PAYNE, NÉE TWIST v. PRAIRIE OIL & GAS COM-
PANY. March 22, 1926. Petition for writ of certiorari to
the Circuit Court of Appeals for the Eighth Circuit
granted. Mr. D. Hayden Linebaugh for petitioner. No
appearance for respondent.

No. 999. PAN AMERICAN PETROLEUM & TRANSPORT
COMPANY AND PAN AMERICAN PETROLEUM COMPANY v.
UNITED STATES. March 22, 1926. Petition for writ of
certiorari to the Circuit Court of Appeals for the Ninth
Circuit granted. Messrs. Frank J. Hogan, Frederic R.
Kellogg, Henry W. O'Melveney, and Walter K. Fuller for
petitioners. Messrs. Atlee Pomerene and Owen J. Rob-
erts for the United States.

No. 887. NEW YORK CENTRAL RAILROAD COMPANY v.
WHEELING CAN COMPANY. April 12, 1926. On petition
for writ of certiorari to the Supreme Court of Appeals of
the State of West Virginia. Mr. John C. Palmer, Jr., for
petitioner. No appearance for respondents. See post, p.
645. Order denying the petition for certiorari in this
case of the date of March 1, 1926, is hereby vacated and it
is ordered that a writ of certiorari shall issue thereby mak-
ing consideration of the petition for rehearing herein un-
necessary.

PETITIONS FOR CERTIORARI DENIED OR DIS-
MISSED, FROM JANUARY 12, 1926, TO AND IN-
CLUDING APRIL 12, 1926.

No. 842. OTTO L. MORRIS v. UNITED STATES. January
18, 1926. Petition for a writ of certiorari to the Circuit
Court of Appeals for the Eighth Circuit denied. Mr.